AO 240 (1/94)

# United States District Court

_____ DISTRICT OF _____

FILED
CLERK'S OFFICE

Plaintiff
Paula Pavelcsyk
v.

Defendant
Williamsbury Board of Health

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

4:19
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

I, Paula Pavelcsyk, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [ ] Yes    [X] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _____

    Are you employed at the institution? N/A  Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $207/wk, Lord Jeffrey Inn, 30 Boltwood Ave, Amherst, MA 01002

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment     [ ] Yes    [X] No
    b. Rent payments, interest or dividends              [ ] Yes    [X] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
    d. Disability or workers compensation payments       [ ] Yes    [X] No
    e. Gifts or inheritances                             [ ] Yes    [X] No
    f. Any other sources                                 [ ] Yes    [X] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes" state the total amount.   $40.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

I declare under penalty of perjury that the above information is true and correct.

11/10/03                    *Paula J. Pavelcsyk*
DATE                        SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her

credit at (name of institution) _____ . I further certify

that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's

average balance was $ _____ .

_____        _____
DATE                           SIGNATURE OF AUTHORIZED OFFICER