AO 240A (1/94)

# United States District Court

_____ DISTRICT OF ____MASSACHUSETTS____

| | |
|---|---|
| PAULA PAVELCSYK<br>Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| WILLIAMSBURG BOARD OF HEALTH<br>Defendant | CASE NUMBER: |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

   [X] The clerk is directed to file the complaint.

   [X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this ____29____ day of ____DECEMBER____, 2003.

/s/Kenneth P. Neiman
**Signature of Judicial Officer**

U.S. Magistrate Judge
**Name and Title of Judicial Officer**