**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Paula Pavelcsyk | COURT CASE NUMBER: 03-30312 |
| DEFENDANT: Williamsburg Board of Health | TYPE OF PROCESS: |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Williamsburg Board of Health (Town Office)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Main St. - Haydenville, Ma. 01039

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Paula Pavelcsyk
P.O. Box 435
Haydenville, Ma. 01039

Number of process to be served with this Form - 285: 03-30312
Number of parties to be served in this case: 3
Check for service on U.S.A.: N/A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Donna Gibson
Nash Hill Rd.
Williamsburg, Ma. 01096
413-268-7421

(Also 413-665-8057)
Maxine Schmidt
Town Office - Main St.
Haydenville, Ma
413-268-8404

alternate address:
P.O. Box 196
Whately, Ma 01093
Tues, Wed, Thurs
10am-3pm

Ira Gabrielson
85 Old Goshen
Williamsburg, Ma
413-268-9432

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Paula Pavelcsyk
TELEPHONE NUMBER: 413 585-8269
DATE: 1/28/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 3P
District to Serve No.: 3P
Signature of Authorized USMS Deputy or Clerk
Date: 2/4/04

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
IRA GABRIELSON - MEMBER BOARD OF HEALTH

Date of Service: 6/16/04
Time: 2:45 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: LEFT at TOWN HALL MAILBOX FOR WILLIAMSBURG BOARD OF HEALTH. CONFIRMED by Telephone w/ MR GABRIELSON. MCN #5279