UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30312-MAP

| | |
|---|---|
| PAULA J. PAVELCSYK, <br>     Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| WILLIAMSBURG BOARD OF HEALTH, <br>     Defendant | ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, WILLIAMSBURG BOARD OF HEALTH, in the above-captioned case.

THE DEFENDANT,
WILLIAMSBURG BOARD OF HEALTH


By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402


## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 6th day of July, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to Paula J. Pavelcsyk, *Pro Se*, P.O. Box 4535, Haydenville, MA  01039,.

Subscribed under the penalties of perjury.


    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

369961