UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30312-MAP

PAULA J. PAVELCSYK,  )
    Plaintiff  )
  )
vs.  )
  )
WILLIAMSBURG BOARD OF HEALTH,  )
    Defendant  )

## DEFENDANT'S BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: /s/ Maureen MacDonald
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: July 12, 2004

370003