UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PAVELCSYK                )
                         )        DOCKET NO. 03-30312 MAP
   VS.                   )
                         )        JULY 21, 2004
                         )
WILLIAMSBURG BOARD OF HEALTH


MOTION FOR EXTENSION OF TIME TO SUBMIT SUP_
PORTIVE DOCUMENTS, EXPLANATIONS AS PROMISED
IN THE ORIGINAL COMPLAINT


!. Based on the previous motion to appoint counsel, more time would be needed to go through the details of the case.

2. Malicious abuse of process is defined as the wilful misapplication or misuse of process to accomplish an unlawful purpose.  One false arrest was dismissed because a bogus no trespass order signed by Maxine Schmidt was in violation of an M.G.L. section that stated one could not be arrested for trespassing on one's own property.

A second false arrest was the misuse of WPD by Maxine

Schmidt to gain entrance into my home on a date that violated a court injunction to involve the owner in inspection date-setting and ignored an appeal period of
an un-Constitutional order that may or may not have been signed by a Hampshire Cty. Court judge--because of some suspected affiliation the BOH agent had with the Clerk's Offic I had actually sent the order to the judge in her new out-of-town seat for verification-I never received an answer, so this is being referred as part of the D.A.'s investigation as well as the edict Defendant's attorney refers to.

3. The actual article that ruined my image in the community remains in my possession- a joke statement in a BOH meeting was entered in the court claim--the claim was picked up by a reporter, I assume by a BOH member interested in creating sensationalism, as it misrepresented me as a dangerous perso I had made an attempt to clarify some of the misunderstandings in a letter to James Foudy (attached) but retractions were never printed.

The attached more pertains to the structural viability of my former home, as slander or defamation can better be handled

4. A third false arrest was dismissed because of a fictitious WPD report; however, this was again due to the police's unawareness of communications I had had with BOH and Selectmen just prior to the demo--they had misinterpreted my call to a BOH member to demonstrate my running water, as needing hospitalization!

Unlawful purpose is defined as the wrongful demolition of my home. In November of 2000, when the aforementioned submission of illegally obtained materials to court first led to a hearing, I consulted a WMLS attorney who stated that the law as regard demolition. had been misapplied--when I mentioned this in the hearing, it was apparently ignored.

The Williamsburg Board of Health had become so obsessed with demolition they failed to see reason. Many town citizens were irate over what they did and they way they did things. I was held in a cell all day without being able to access possessions-- last summer I had prepared a list of losses , but this has been increased by the past year's rent.

This list will be forthcoming --because counsel can more accurately calculate defamation losses and emotional distress claims , it would be better handled by him/her.

A request of at least 30 days for additional exlanation and supportive materials is made in conjunction with the motion to appoint counsel--being unsure that the summons was sent until recently, and illness, have prevented my clarification of the original claim I entered.

Respectfully submitted,

*Paula J. Pavelcsyk*
Paula J. Pavelcsyk

NOTE PAD

5/15/02

TO: MR. JAMES FOUDY
    GAZETTE CORRECT ERROR DEPT.
FROM: PAULA PAVELCSYK

I HAD CONTACTED YOU REGARDING SOME FACTUAL FLAWS IN AN ARTICLE ON PRO-SE LITIGANTS. SUBSEQUENTLY, I HAD DISCUSSED WITH THE TOWN SELECTMEN THE BEHAVIORS OF SOME LOWER TOWN OFFICIALS THAT LED TO THE MISUNDERSTANDINGS; HOWEVER I HAD HOPED TO SIT DOWN WITH THE ARTICLE AND ADDRESS SPECIFICS. MY WORK SCHEDULE AND BEING ILL HAVE DELAYED THAT, BUT A MORE RECENT ARTICLE ON THE TRAILER DISPUTE HAS APPEARED 5/10/02--STATE REPRESENTATIVE KULIK'S OFFICE CONTACTED ME ABOUT THE SECOND ARTICLE AS I HAD SUBMITTED A WRITTEN COMPLAINT ABOUT THE CRIMES OF A TOWN BOH OFFICIAL TO HIM MONTHS PRIOR. BASICALLY, THEY LOST TOWN SOVEREIGNTY, ACCORDING TO ONE ATTORNEY, BUT

THEY SEEM TO BE TRYING TO RECLAIM THAT VIA THE MEDIA, STATING WISH FULFILLMENT IN FRONT OF REPORTERS BEFORE THE APPEAL PROCESS RE A CONDEMNATION IS EVEN COMPLETED.
THE CIVIL LIBERTIES UNION HAD BEEN CONTACTED 2 YEARS AGO FOR CONSTITUTIONAL RIGHTS VIOLATIONS BY THE TOWN-- THE MOST RECENT ARTICLE STATES A POLICE BREAK-IN OF MY HOME FOR A "WELFARE CHECK" ON 5/30/99 BECAUSE I HAD INFORMED WPD RECENTLY THAT THE "EVIDENCE" THEY OBTAINED WAS INSUBMISSIBLE IN COURT BECAUSE OF AN ILLEGAL ENTRY W/O A WARRANT. THE RECENT ARTICLE STATED I WAS INSIDE-- I WAS OUT-OF-TOWN AT WORK, AND THERE WAS A BOARD ACROSS THE DOOR THAT WOULD INDICATE NO ONE WAS HOME--BECAUSE I WAS INITIATING A FEDERAL LAWSUIT, I BELIEVE IT BECAME EXPEDIENT FOR THE TOWN TO VOICE COVER-UP AND DISTORTED AND EXAGGERATED MATERIAL AT THE 5/9/02 SELECTMEN'S INHOUSE MEETING IN FRONT OF A REPORTER. THE TOWN DOES NOT HAVE

THE RIGHT TO DEMOLISH MY HOME BECAUSE THEY HAD FORFEITED THEIR SOVEREINGTY, WHICH IS WHY I COULD ASK FOR THE INTERVENTION OF THE STATE REPRESENTATIVE--. I HAD OVEREXTENDED MYSELF TO THE SELECTMEN BY TRYING TO WORK SOMETHING OUT WITH THEM, BUT ONE OF THEM TOLD ME I WAS INTERRUPTING THE MEETING. I EXITED ONE MEETING A FEW WEEKS AGO AFTER THAT SELECTMEN'S INAPPROPRIATE REMARK, WITH THE CONDITION THAT-- IF CERTAIN BOARD OF HEALTH MEMBERS WERE NOT REMOVED, I WOULD FILE THE FEDERAL COURT ACTION TO WHICH I HAD BEEN ENTITLED SINCE 5.30.99, ACCORDING TO STATUTE--I HAVE ONLY A FEW WEEKS TO FILE, UNDER THE 3-YEAR LIMIT. ONE BOH MEMBER HAS QUESTIONABLE PERCEPTIONS OF REALITY AND CREATED A SITUATION OF COMPOUNDED PARANOIA BASED ON A MISUNDERSTANDING OF MY WIRING AND SEPTIC FACILITIES--SHE COULDN'T TURN A LIGHT ON BECAUSE A BULB WAS OUT-SO THEY SHUT THE POWER OFF, CREATING A SANITATION PROBLEM (BECAUSE I HAVE AN ELECTRIC WATER PUMP)

*[handwritten: update filing date was actually 10-20-03]*

UNTIL I GOT THE POWER ON BY INSPECTION/CERTIFICATION.
THE BOH HAD WANTED TO USE A POWER SHUT-OFF AS A CONTINGENCY BECAUSE ONE PERSON ON THE STREET DIDN'T LIKE MY STORAGE OF SOME THINGS IN CONTAINERS OUTDOORS--THEY CLAIMED I WOULDN'T CLEAN MY PROPERTY WHEN I HAD LOST MONEY BY TAKING TIME OFF FROM WORK JUST TO DO SO--ALL THE BOH DIRECTOR SAID WAS TO MAKE THE CONTAINERS LOOK NEAT, AND I DID THAT BY THE APRIL 5 DEADLINE.
TO WRAP UP THIS NARRATIVE: I HAVE PROVIDED ABOVE SOME GENERAL BACKGROUND INFORMATION REGARDING AN INTENSIFYING POLITICAL/LEGAL DISPUTE THAT LED TO A BREACH OF JUSTICE FOR WHICH THE TOWN IS MISUSING THE MEDIA TO MAKE ME LOOK BAD. IT'S NOT THE FAULT OF YOUR REPORTERS, IT IS THE MENTALITY AND DISHONESTY OF SOME OF THE INPUTTERS OF INFO.
THE VERY SPECIFIC CORRECTIONS OF ACTUAL LINES IN THE ARTICLE, YOU HAD REQUESTED, WILL FOLLOW. THANK YOU/PJP