UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PAVELCSYK

    VS.                   )

                      )     DOCKET # 03-30312-MAP

                      )

WILLIAMSBURG BOARD OF HEALTH   )     July 21.2004

                      )


ADDENDUM TO PARAGRAPH # 2 of

MOTION TO APPOINT COUNSEL


ATTACHED IS A PHOTO OF THE AFOREMENTIONED

"S T O P   W O R K   O R D E R "


   This is hereby labelled " EXHIBIT A" and is entered as

evidence of an unlawful and wrongful demolitioin.
This had been placed on my property by Building Inspector

Paul Tacy after the Williamsburg Board of Health had begun

tearing apart my mobilehome, stating that he had not given a

demo order.

*Paula J. Pavelcsyk*

A true & attest
copy,
taken by my sister,
Patti Tibbetts, on
5/29/02

on my property

While I was wrongfully
incarcerated in a
hospital —

Extra view
of same —

