UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30312-MAP

| | |
|---|---|
| PAULA J. PAVELCSYK, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIAMSBURG BOARD OF HEALTH, | ) |
|     Defendant | ) |

## DEFENDANT'S OPPOSITION TO MOTION FOR EXTENSION

NOW COMES the defendant and respectfully opposes the plaintiff's "Motion for Extension of Time to Submit Supportive Documents, Explanations as Promised in the Original Complaint."  As grounds therefor and in support thereof, defendant states that this Court ordered that the defendant file its initial response to the plaintiff's Complaint by July 22, 2004 and the defendant has complied with said Order.  The defendant filed a Motion to Dismiss the plaintiff's Complaint.  The defendant should not be caused further undue time and expense in responding to yet another incomprehensible document filed by the plaintiff in this matter.  The plaintiff has no right to counsel as alleged.  She repeatedly made representations to the Court in the Commonwealth of Massachusetts that she intended to obtain counsel and never did so.  Nothing filed to date provides any further indication that the plaintiff has succeeded in engaging counsel to represent her herein.

371851

WHEREFORE, based upon the foregoing, the defendant respectfully requests that the plaintiff's recent motions be denied.

Respectfully submitted,

THE DEFENDANT
WILLIAMSBURG BOARD OF HEALTH

By    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 23d day of July, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to Paula J. Pavelcsyk, *Pro Se*, P.O. Box 4535, Haydenville, MA  01039.

Subscribed under the penalties of perjury.

        */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

371851