# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

PAULA J. PAVELCSYK,

   Plaintiff(s)

             v.                  CIVIL ACTION NO. 3: 03-30312-MAP

WILLIAMSBURG BOARD
OF HEALTH.,

   Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.


[ ]   **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Williamsburg Board of Health, against the plaintiff Paula J. Pavelcsyk, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.


                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated: November 17, 2004          By  /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk